# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN J. BRADY and ELENA M. BRADY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NA., *et al.,*<br><br>　　　　　Defendants. | Case No.: 3:14-CV-00440-RCJ-WGC<br><br>**ORDER** |

On September 25, 2014, United States Magistrate Judge Cobb entered Order (ECF #3) granting Plaintiffs' Application to Proceed *In Forma Pauperis* (ECF #1). The Clerk was instructed to file the Complaint (ECF #1-1) and dismiss without prejudice, with leave to amend. Plaintiffs were granted thirty (30) days from entry of the order to file an amended complaint remedying, if possible, the defects as outlined by the Order. Plaintiff has not complied with the Order within the allotted time.

"Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted). All five factors point in favor of dismissal.

///

///

IT IS HEREBY ORDERED that Plaintiffs shall file their amended complaint **on or before Friday, May 29, 2015**.

IT IS FURTHER ORDERED that if Plaintiffs fail to file an amended complaint within the proscribed time period, this action will be dismissed.

IT IS SO ORDERED.

DATED this 29TH day of April, 2015.

_____
ROBERT C. JONES
United States District Judge