# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN J. BRADY et al.,

        Plaintiffs,

vs.

WELLS FARGO BANK, N.A. et al.,

        Defendants.

3:14-cv-00440-RCJ-WGC

**ORDER**

      Plaintiffs sued Defendants in this Court *in pro se* for invasion of privacy, negligent hiring and supervision, and violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act.  The Court granted Plaintiffs' motion to proceed *in forma pauperis* and dismissed the Complaint under 28 U.S.C. § 1915, giving Plaintiffs thirty days to file an amended complaint.  When Plaintiffs failed to comply for eight months, the Court extended time *sua sponte* and warned Plaintiffs that it would dismiss if no amended complaint were filed by May 29, 2015.  Plaintiffs did not comply, but the Court granted their motion extending time to June 15, 2015.  On June 16, 2015, a day after time to amend had expired, Plaintiffs filed a motion to amend, but no proposed amended complaint is attached to the motion or elsewhere lodged.  The Court will dismiss for failure to prosecute and failure to comply with an order of the Court.  Plaintiffs have had nearly ten months to amend their complaint and have failed to do so despite extreme extensions of time.

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the case is DIMISSSED under Rule 41(b), and all pending motions are DENIED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 25th day of June, 2015.

                                        ROBERT C. JONES
                                   United States District Judge